# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Quantay Love, Sr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00198-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina County of Buncombe,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2018 Order.

August 1, 2018

Frank G. Johns, Clerk
United States District Court